JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANSKIE ELDER, JR., <br><br> Plaintiff, <br><br> vs. <br><br> SCHOOLSFIRST FEDERAL CREDIT UNION; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10 inclusive, <br><br> Defendants. | Case No. 25-cv-02679-MWF(MAAx) <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br><br><br><br><br> Complaint Filed: February 3, 2025 |

Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that:

1. The above-captioned action is DISMISSED with prejudice.

1

ORDER GRANTING STIPULATION FOR DISMISSAL

2. Each party shall bear its own fees and costs, unless otherwise stated.

IT IS SO ORDERED.

Dated: November 24, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

ORDER GRANTING STIPULATION FOR DISMISSAL